UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nelda Juliani
_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Aleina Almeida
Meridian Int'l Sourcing Group
Meridian Global
_____
Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☐ Yes  ☒ No

EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

RECEIVED SDNY PRO SE OFFICE 2022 APR 12 PM 2:04

Rev. 1/24/19

I. PARTIES

A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Nelda _____ Juliani
First Name / Middle Initial / Last Name

136 Hamden Ave (3W)
Street Address

Richmond SI / NY / 10306
County, City / State / Zip Code

917-361-0981
Telephone Number / Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: Akina Almeida
Name

120 Maiden Lane Suite 901
Address where defendant may be served

NY / NY / 10038
County, City / State / Zip Code

Defendant 2: _____
Name

_____
Address where defendant may be served

_____
County, City / State / Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City        State        Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Meridian International Sourcing Group
Name

180 Maiden Lane Suite 901
Address

NY                  NY              10038
County, City        State           Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: _____

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: Albanian, I am filing because my employer refuses to pay my wages

Page 3

- ☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: _____

- ☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- ☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- ☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

- ☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B. **Other Claims**

In addition to my federal claims listed above, I assert claims under:

- ☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- ☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- ☒ Other (may include other relevant federal, state, city, or county law):
    Employer did not pay wages owed from Oct 2021, - July 2021

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☐ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☒ other (specify): not paid any wages for 8 months of employment

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

I was hired by employer in 2019 November - September 2020. Employer took month off so I worked with her briefly. October 5 2020, employer Re-hired & promoted me. Oct 5 2020 - July 7 2021 I was not paid any wages. Employer then accused me of theft, lying to not pay me

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☒ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge? 03/2022

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice? 3/23/2022

        When did you receive the Notice? _____

    ☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☐ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

I would like justice to be served and their money, wages owed to me be paid. Nothing else.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 4/12/2022

Plaintiff's Signature: [signed]

First Name: Nelda
Middle Initial:
Last Name: Juliani

Street Address: 136 Hamden Ave

County, City: Staten Island
State: NY
Zip Code: 10306

Telephone Number: 917-361-0981
Email Address (if available): julianinelda7@gmail.com

zero

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

EEOC Form 291 (1/08)

# MEMORANDUM

## Recommendation for Closure

To: **FIILE**      Charge No. **520-2022-03976**

From: **Debra L. Richards**
**Investigator**

Subject: **Nelda Juliani**    v.    **Meridian International Sourcing Group**

*Charging Party*                    *Respondent*

I recommend dismissal/closure of this charge based on the following:

- [ ] Failure to State a Claim
- [ ] No Covered ADA Disability
- [X] Too Few Employees / Members
- [ ] Untimely
- [ ] Not Reasonable Cause
- [ ] Other _____

- [ ] Settlement / Mediation (Including withdrawals with benefits and successful conciliations)
- [ ] Withdrawal with Benefits
- [ ] Right to Sue (Issued on Request)
- [ ] Director Must Certify: Processing unlikely to be completed within 180 days of filling (Title VII/ADA)

Specific information in support of recommendation/decision:

CP claims something that the EEOC cannot assist her with. The Respondent has less than 15 employees and CP does not state a discrimination claim. She insisted on filing to get a NRTS.

She states she began working for Respondent on November 25, 2019, as an Executive Assistant. The Respondent furloughed her in August of 2020 due to a bank issue. CP was brought back to work on October 5, 2020 and promoted to Senior Executive Assistant. CP states she was not paid a penny of her salary from October 5, 2020 until July 7, 2021.

CP continually called Respondent from July 7, 2021 to ask what was happening and the CEO, Aleina Surratt-Almeida stated she had a bank issue but would not pay her back wages. The back wages are from October until July/2021; approximately 80k.

Recommending dismissing and issuing the NRTS.

Decision by / Recommendation approved by: *Debra L. Richards*      03/23/2022

*(Investigator's Signature)*      *(Date)*