UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NELDA JULIANI,                                  :

             Plaintiff,              :        ORDER

     -v.-                                   :
                               22 Civ. 3018 (GHW) (GWG)
ALEINA ALMEDA et al.,                           :

                              :

             Defendants.
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Pro se plaintiff Nelda Juliani brings this case alleging defendants failed to pay wages owed to her during 2020 and 2021.  See Docket # 2.  Juliani's complaint lists as defendants Aleina Almeda, Meridian International Sourcing Group, and Meridian Global.  See (Docket # 2). The complaint, however, only lists addresses for Almeda and Meridian International Sourcing Group.  See id.

     On April 14, 2022, Judge Woods issued an Order of Service as to Defendants Aleina Almeda and Meridian International Sourcing Group.  (Docket # 5).  To enable the Court to effect service on Meridian Global, Juliani shall file a letter on or before May 20, 2022, providing an address for Meridian Global.  The Court will then order the U.S. Marshals Service to serve Meridian Global at the provided address. If Juliani cannot provide such an address, the case will be dismissed as to defendant Meridian Global.

     Separately, the Clerk is directed to remove "Aleina Surratt" from the docket sheet because this induvial is not named as a defendant in Juliani's complaint.

     SO ORDERED.

Dated: April 21, 2022
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge