UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

NELDA JULIANI,                                  :

        Plaintiff,                           :   ORDER OF SERVICE

    -v.-                                         :
                                                              22 Civ. 3018 (GHW) (GWG)
ALEINA ALMEIDA et al.,                          :

                                                :

        Defendants.
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      On April 13, 2022, Judge Swain granted plaintiff Nelda Juliani's request to proceed in forma pauperis. See Order of May 15, 2018 (Docket # 3). Thus, Juliani is entitled to rely on the Court and the U.S. Marshals to effect service. A previous attempt to serve defendants was unsuccessful because defendants could not be located at the address provided by plaintiff. See Docket ## 5, 13-15. Because the time for service had expired, the Court on July 20, 2022 issued an Order to Show Cause, directing Juliani to explain why dismissal pursuant to Fed. R. Civ. P. 4(m) was not justified. See Docket # 16. In response, Juliani has provided a new address at which defendants might be served. See Docket ## 17-20.

      To allow Juliani to effect service on defendants Aleina Almedia, Meridian Global, and Meridian International Sourcing Group through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants using the addresses provided below. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

In light of Juliani's pro se status, the Court finds "good cause" to extend the deadline for service under Rule 4(m) to November 21, 2022.

## CONCLUSION

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for Aleina Almedia, Meridian Global, and Meridian International Sourcing Group as provided below and to deliver all documents necessary to effect service to the U.S. Marshals Service.

**DEFENDANTS AND SERVICE ADDRESS**

Aleina Almedia
1395 Bricknell Ave. 800
Miami, FL
33131-3302

Meridian Global
1395 Bricknell Ave. 800
Miami, FL
33131-3302

Meridian International Sourcing Group
1395 Bricknell Ave. 800
Miami, FL
33131-3302

SO ORDERED.

Dated: August 22, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge