UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NELDA JULIANI,                                          :

          Plaintiff,                            :
                                         ORDER
   -v.-                                                       :
                                         22 Civ. 3018 (GHW) (GWG)
ALEINA ALMEIDA, et al.,                         :

          Defendants.                        :
---------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       Plaintiff has filed a letter seeking an extension of the time to serve the defendants. (Docket # 29).  Plaintiff's request for an extension is granted.  The deadline for service is extended to August 21, 2023.

       Because plaintiff is proceeding in forma pauperis, plaintiff is entitled to service by the United States Marshals Service.  Plaintiff's letter provides a new address at which certain defendants may be served, but it is not clear whether or not all defendants may be served at that address.  Additionally, although plaintiff states that "supporting documentation" is attached to her letter, no other documents are included in the filing.

       Accordingly, plaintiff is ordered to file, on or before May 25, 2023, a letter identifying the address at which <u>each</u> of the three defendants (Aleina Almeida, Meridian Global, and Meridian International Sourcing Group) may be served.  If plaintiff wishes to include any supporting documentation, she should be sure to attach it to the letter.

       SO ORDERED.

Dated: May 18, 2023
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge