UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NELDA JULIANI,                                         :

            Plaintiff,                        :

                                        ORDER
    -v.-                                                  :
                                        22 Civ. 3018 (JHR) (GWG)

ALEINA ALMEIDA, et al.,                          :

            Defendants.                     :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff is entitled to service by the United States Marshals Service.  The Marshal, however, has been unable to serve the defendants at the addresses supplied by plaintiff.  Plaintiff filed an undated letter on May 16, 2023 regarding service (Docket # 29).  While the letter appeared to provide a new address at which one defendant (Meridian International Sourcing Group) might be served, it was not clear whether or not the remaining two defendants (Aleina Almeida and Meridian Global) could be served at that address.  Additionally, although plaintiff stated that "supporting documentation" was attached to her letter, no other documents were included in the filing.

      Accordingly, the Court on May 18, 2023, issued an order requiring plaintiff to file by May 25, 2023, a letter identifying the address at which <u>each</u> of the three defendants (Aleina Almeida, Meridian Global, and Meridian International Sourcing Group) may be served.  It also ordered that if plaintiff wished to include any supporting documentation, she should attach it to the letter.  Plaintiff failed to comply with the May 18, 2023, Order, however.

      Accordingly, the Court will direct service only as to the one clearly identified party in plaintiff's letter:  Meridian International Sourcing Group.  The Court notes that it does not view plaintiff's letter as providing an address of service for Aleina Almeida in her individual capacity, but only as a person who may accept service on behalf of Meridian International Services Group.  Accordingly, the Court warns plaintiff that Aleina Almeida and Meridian Global may be dismissed as defendants on the ground that plaintiff has failed to take the steps ordered by the Court and necessary to effectuate service on these two defendants.  <u>See</u> Fed. R. Civ. P. 4(m), 41(a).  If plaintiff obtains a service address for either Almedia or Meridian Global, she of course should supply it to the Court promptly.

      Accordingly, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the following defendant at the following address:

Meridian International Sourcing Group, LLC
c/o Aleina Almeida
90 Broad Street, 2nd Floor
New York, NY 10004.

    The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all documents necessary for the Marshals Service to effect service upon this defendant.

    SO ORDERED.

Dated: June 9, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge