UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELDA JULIANI,                                        :
                                                      :
                           Plaintiff,                 :        22 Civ. No. 03018 (GHW) (GS)
                                                      :
              against                                 :                **ORDER**
                                                      :
ALEINA ALMEIDA, *et al.*,                             :
                                                      :
                           Defendants.                :
-------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Court is in receipt of *pro se* Plaintiff Nelda Juliani's October 10, 2023 letter addressed to Judge Gorenstein. (Dkt. No. 39). Plaintiff's letter requests an additional extension of time to serve Defendants Aleina Almeida and Meridian Global. The letter states that Plaintiff previously provided the Court with an address for Aleina Almeida. It is unclear to the Court what that address is and whether it is the same address of 90 Broad Street, New York, NY 10004 that was contained in Plaintiff's letter to Judge Gorenstein docketed on May 16, 2023. (*See* Dkt. No. 29). In his Order dated June 9, 2023, Judge Gorenstein noted that in his view the 90 Broad Street address was not an address for Aleina Almeida in her individual capacity, but instead was an address for service upon Meridian International Services Group (which has already been served). (Dkt. No. 35). In that same Order, Judge Gorenstein cautioned Plaintiff about the potential termination of parties whose addresses are not sufficiently identified for service of process.

      In light of the above, the Court hereby **ORDERS** that if Plaintiff has any address for service upon either Aleina Almeida or Meridian Global other than 90 Broad Street, New York, NY 10004, Plaintiff must provide the Court, by letter, with that address or addresses by no later than **November 17, 2023**. If Plaintiff has not provided sufficient addresses for service for these remaining unserved Defendants by that time, the Court will direct the Clerk to dismiss these parties without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, and the case will proceed solely against Defendant Meridian International Services Group.

      The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at 136 Hamden Avenue, Staten Island, NY 10306.

**SO ORDERED.**

DATED:    New York, New York
           October 27, 2023

                                              _____
                                              GARY STEIN
                                              United States Magistrate Judge