```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELDA JULIANI,                                                :
                                                              :    22 Civ. 03018 (GHW) (GS)
                          Plaintiff,                          :
                                                              :            ORDER
           against                                            :
                                                              :
ALEINA ALMEIDA, et al.,                                       :
                                                              :
                          Defendants.                         :
-------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

 The Court is in receipt of *pro se* Plaintiff Nelda Juliani's November 13, 2023 letter addressed to Judge Gorenstein (the previously designated Magistrate Judge in this case). (Dkt. No. 41). Plaintiff's letter identifies 90 Broad Street, 2nd Floor, New York, NY 10004 as the proper address for service on Defendants Aleina Almeida and Meridian Global. However, as noted in this Court's October 27, 2023 Order, Judge Gorenstein, in his June 9, 2023 Order, did not accept the 90 Broad Street address as a proper address for service for Aleina Almeida or Meridian Global. (Dkt. Nos. 40, 35). In that same Order, Judge Gorenstein cautioned Plaintiff that Aleina Almedia and Meridian Global may be dismissed as defendants if Plaintiff was unable to promptly provide sufficient addresses for them for service of process. (Dkt. No. 35).

 Plaintiff's November 13, 2023 letter does not advance the Court's ability to assist with service on Aleina Almeida and Meridian Global and this issue has remained unresolved since June of 2023. As a result, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court **ORDERS** that Defendants Aleina Almeida and Meridian Global are hereby **dismissed as parties without prejudice.** Should Plaintiff identify proper addresses for service on either of the dismissed defendants, the Court has not foreclosed the possibility of Plaintiff amending her Complaint.

 This case will now proceed solely against Defendant Meridian International Sourcing Group, which was served on July 17, 2023. (*See* Dkt. No. 38).

 The Clerk of Court is respectfully requested to mail a copy of this Order to the Plaintiff at 136 Hamden Avenue, Staten Island, NY 10306.

**SO ORDERED.**

DATED:  New York, New York
        November 30, 2023

_____
GARY STEIN
United States Magistrate Judge