UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NELDA JULIANI,

                              Plaintiff,                        **22 Civ. No. 3018 (JHR) (GS)**

    -against-

                                                               **ORDER**

MERIDIAN INTERNATIONAL
SOURCING GROUP,

                              Defendant.
----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      An initial case management conference was scheduled before the undersigned for January 11, 2024 at 11:00 a.m. Neither party appeared at the conference. Accordingly, the initial case management conference is re-scheduled to **Thursday, January 25, 2024 at 2:00 p.m.** The parties are directed to appear by telephone via Microsoft Teams at the scheduled time. **Please dial: 646-453-4442, Phone Conference ID: 118 477 418#.**

      The parties' failure to appear at the January 11, 2024 conference was in violation of a court order. As such, the parties are hereby notified that if they fail to appear at the January 25, 2024 conference, the Court may take action, including (in the event Plaintiff fails to appear) ordering Plaintiff to show cause as to why this case should not be dismissed for want of prosecution, or (in the event Defendant fails to appear) ordering Defendant to show cause as to why a judgment of default should not be entered against it.

      In advance of the upcoming conference, the parties are directed to consult and comply with the undersigned's Individual Practices in Civil Cases, available at: https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Court's Individual Practices, the parties are directed to jointly file a joint Proposed Case Management

Plan and Scheduling Order, which is also available at the above link, no later than one week prior to the conference.

The Clerk of Court is respectfully requested to send a copy of this Order to the *pro se* Plaintiff. The Clerk of Court is further requested to send a copy of this Order to the corporate Defendant, who has neither appeared nor retained counsel, at the following address: Meridian International Sourcing Group, LLC: c/o Aleina Almeida, 90 Broad Street, 2nd Floor New York, NY 10004.

**SO ORDERED.**

DATED:   New York, New York
         January 12, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge